IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MACK                                                                                           PLAINTIFF

vs.                                              Civil No. 4:11-cv-4009

SHERIFF RON STOVALL; and
CAPTAIN JACK HEINTZLEMAN                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 8, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice for willful failure to comply with two Court orders. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge